■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AGRAPINO SIERRA, Also Known as AGRIPINO SIERRA, Appellant.—Judgment, Supreme Court, Bronx County, rendered October 6, 1976, convicting defendant-appellant of assault, first degree, and sentencing him to an indeterminate term of 3 to 11 years, unanimously affirmed. We have found no legal points meriting argument and application by defendant-appellant's counsel to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). Concur—Silverman, J. P., Evans, Capozzoli and Lynch, JJ.